IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § § § § § § | CASE NO. 7:19-CV-254 |
| 30.00 ACRES OF LAND, MORE OR LESS SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND VELMA E. FLORES aka VELMA E. GOMEZ, | | |
| *Defendants.* | | |

## NOTICE OF AMENDED SCHEDULE A

Plaintiff, United States of America ("United States"), pursuant to the Court's Order (Dkt. No. 20), entered on January 3, 2020, hereby submits Amended Schedule A of the Complaint in Condemnation (Dkt. No. 1), Declaration of Taking (Dkt. No. 2) and Notice of Condemnation (Dkt. No. 3).

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:  *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8004
Facsimile:  (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov
Attorney-In-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF AMENDED SCHEDULE A was served via the District ECF system on all counsel of record on January 7, 2020.

By: *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney